

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY BOHANNON<br><br>Defendant. | 3:09-CR-082-HDM-RAM |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#30) on February 25, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $401.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $2,513.00

Name of Payee: COMPASS BANK
Amount of Restitution: $700.00

**Total Amount of Restitution ordered:** $3,614.00

Dated this __26th__ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE